# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## CASE NO. 2:13-cr-30

UNITED STATES OF AMERICA

V.

ASHLYN NICHOLE CAROTHERS

FILED
ASHEVILLE, N.C.
APR 16 2018
U.S. DISTRICT COURT
W. DIST. OF N.C.

## ORDER

**THIS MATTER** is before the Clerk due to his fiduciary duty to disperse restitution payments in accordance with the Judgments of this court. On October 22, 2015, the "Judgement" of this court [Doc .30] directed that restitution of $25,166.45 be paid to Mr. John Preidt, Jr.

Mr. Preidt, Jr. passed away on September 13, 2017, and his estate is being administered in Shelby County, Indiana. The estate has retained Mr. Michael D. Wilhelm, Esq. to represent the estate. The Clerk has accepted Mr. Wilhelm's appearance [Doc. 33] for the limited purpose of this fiduciary matter.

On April 13, 2018, Attorney Wilhelm filed a "Motion" [Doc. 34] requesting that all future restitution payments be made to the American Cancer Institute and not the surviving children of Mr. Preidt, Jr. All of the children joined in this

request in the "Motion" and a certificate of death was also included in the "Motion".[1]

Accordingly, the Clerk's Financial Department is ORDERED to remit all restitution payments in this case previously directed to be paid to Mr. Preidt, Jr. and make them payable to the American Cancer Institute at the address provided on the attached form.

**So ORDERED, this 16th day of April, 2018. This "Order" is to be served on Mr. Wihelm on behalf of the estate and a copy is to be provided to the Financial Division of this court.**

1

*Frank G. Johns, Clerk/s*

---

[1] The "Motion" also contained an official "Indiana State Department of Health Certificate of Death" which was not filed with the "Motion" at the request of counsel.